UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

STEVE BARYLICK
    Plaintiff
v.
MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY,
BARBARA MOULTON, and
ROSE YATES
    Defendants

C.A.# 04 10618 RCL

RECEIPT # 54906
AMOUNT $ 150.00
SUMMONS ISSUED N
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. CMG
DATE 3-30-04

MAGISTRATE JUDGE Bowler

**NOTICE OF REMOVAL**
(pursuant to 28 U.S.C. §1441)

The Defendants hereby give notice of removal, pursuant to 28 U.S.C. §1441, from the Superior Court Department of the Trial Court of Massachusetts in the action of *STEVE BARYLICK v. MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, et al*, now pending in the Essex Superior Court, Lawrence, Massachusetts, as *Civil Action No. ESCV2004-00414-D*.

As grounds for this Notice of Removal, the Defendants submit the following:

1) This action is subject to removal by the Defendants because the action clearly "arises under the Constitution, treaties or laws of the United States" as required by 28 U.S.C. §1441;

2) The Plaintiff explicitly relies upon "Title VII" (Complaint, par. 17 & 18) and the "federal Constitutional rights to freedom of association, freedom of speech, guaranteed to him under the First Amendment to the United States Constitution… and the right to contract guaranteed under both state and federal law…." (Complaint, pars. 23, 29, &32);

3) This removal is being filed within thirty (30) days after service on the Defendants;

4) All Defendants agree and assent to this removal

WHEREFORE, the Defendants hereby remove this action.

Respectfully submitted
for the Defendants

Kevin S. McDermott, BBO#544513
Assistant General Counsel
M.B.T.A. Law Dept.,
Ten Park Plaza, 7th floor
Boston, MA 02116
Tel: (617) 222-4756
Email: KMcDermott@mbta.com

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 29 March 04.