UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

IN CLERKS OFFICE
2004 MAY 26  P 4: 10
U.S. DISTRICT COURT
DISTRICT OF MASS.

STEVE BARYLICK )
     Plaintiff )
)
v. )
)
MASSACHUSETTS BAY )
TRANSPORTATION AUTHORITY, )
BARBARA MOULTON, and )
ROSE YATES, )
     Defendants )

C.A.# 04-10618-RCL

## JOINT STATEMENT OF THE PARTIES
## PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1 and this Court's Notice of Scheduling Conference, the parties hereby report to the Court as follows:

I. AGENDA FOR SCHEDULING CONFERENCE

The parties suggest the following agenda of matters to be discussed at the conference:

A) The scheduling of discovery

B) A proposed protective order

C) The position of the parties regarding settlement/mediation

II. PROPOSED SCHEDULING ORDER

A) Fact discovery will end on December 3, 2004.

B) Plaintiff's experts will be disclosed by September 10, 2004.

C) Defendants' experts will be disclosed by October 15, 2004.

D) Dispositive motions filed by January 21, 2005.

  E) Pretrial Conference/Hearing on dispositive motions in March, 2005.

  F) Trial will take place in April, 2005.

III. MEDIATION

The parties submit that if mediation appears a viable means to end this case, they will jointly move the Court for a modification of the scheduled events to allow for mediation.

IV. PROTECTIVE ORDER

The parties will submitt for this Court's endorsement a proposed protective order.

V. Presently, the parties do not consent to a trial before a magistrate.


Respectfully submitted,

For the Plaintiff
Steve Barylick
By his attorney

_Donald J. Hubbard_ (KMcD)
Donald J. Hubbard
240 Park Street
Boston, MA 02132
(617) 367-0775


For the Defendants, MBTA,
Rose Yates, and Barbara Moulton,
By their attorney

_/s/ Kevin S. McDermott_
Kevin S. McDermott, Esq. BBO# 544513
Assistant General Counsel
MBTA Law Department
Ten Park Plaza, 7th Floor
Boston, MA 02116
Tel: (617) 222-4756
E-mail: KMcDermott@mbta.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on _____

2