UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 15  A 10: 02

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| STEVE BARYLICK )<br>    Plaintiff )<br> )<br>v. )<br> )<br>MASSACHUSETTS BAY )<br>TRANSPORTATION AUTHORITY, )<br>BARBARA MOULTON, and )<br>ROSE YATES, )<br>    Defendants ) | C.A.# 04-10618-RCL |

### CERTIFICATION OF THE PLAINTIFF AND HIS COUNSEL PURSUANT TO LOCAL RULE 16.1

Now comes the Plaintiff and the Plaintiff's counsel in the above-captioned action and hereby certify to the following pursuant to United States District Court Local Rule 16.1 (D)(3):

1.    The Plaintiff and his counsel, Donald Hubbard, Esq., have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation and

2.    The Plaintiff and his counsel, Donald Hubbard, Esq., have conferred with a view to considering the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Respectfully submitted this 15th day of June, 2004.

Steve Barylick
By his attorney

_____
Donald J. Hubbard
240 Park Street
Boston, MA 02132
(617) 367-0775
e-mail: deejhub@aol.com

Steve Barylick

_____

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 6-15-04