UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 16  P 12: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| STEVE BARYLICK <br> Plaintiff <br><br> v. <br><br> MASSACHUSETTS BAY <br> TRANSPORTATION AUTHORITY, <br> BARBARA MOULTON, and <br> ROSE YATES, <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> )    C.A.# 04-10618-RCL <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATION OF THE DEFENDANT, BARBARA MOULTON, PURSUANT TO LOCAL RUL 16.1

Pursuant to Local Rule 16.1 (D)(3), the Defendant, Barbara Moulton, hereby certifies and affirms that she and counsel for the Defendants have conferred:

a.  With a view toward establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

b.  To consider resolution of the litigation through the use of alternative dispute resolution programs, including those outlined in Local Rule 16.4.

Respectfully submitted
Barbara Moulton
by her attorney,


Barbara Moulton

Kevin S. McDermott, BBO# 544513
Assistant General Counsel
MBTA Law Department
Ten Park Plaza, 7th Floor
Boston, MA  02116
(617) 222-4756
e-mail: KMcDermott@mbta.com

Date: May 18, 2004

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document
was served upon the attorney of record for each other
party by hand/mail on   3 June  04

UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

*FILED
CLERKS OFFICE*

*2004 JUN 16 P 12: 18*

*U.S. DISTRICT COURT
DISTRICT OF MASS.*

|  |  |  |
|---|---|---|
| STEVE BARYLICK | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MASSACHUSETTS BAY | ) | C.A.# 04-10618-RCL |
| TRANSPORTATION AUTHORITY, | ) | |
| BARBARA MOULTON, and | ) | |
| ROSE YATES, | ) | |
| Defendants | ) | |

## CERTIFICATION OF THE DEFENDANT, ROSE YATES, PURSUANT TO LOCAL RUL 16.1

Pursuant to Local Rule 16.1 (D)(3), the Defendant, Rose Yates, hereby certifies and affirms that she and counsel for the Defendants have conferred:

a. With a view toward establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

b. To consider resolution of the litigation through the use of alternative dispute resolution programs, including those outlined in Local Rule 16.4.

Respectfully submitted
Rose Yates
by her attorney,

Kevin S. McDermott, BBO# 544513
Assistant General Counsel
MBTA Law Department
Ten Park Plaza, 7th Floor
Boston, MA  02116
(617) 222-4756
e-mail: KMcDermott@mbta.com

Rose Yates

Date: May 18, 2004

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 3 June 04

UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

*FILED IN CLERKS OFFICE*
*2004 JUN 16 P 12: 18*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS*

|  |  |  |
|---|---|---|
| STEVE BARYLICK,<br>         Plaintiff | ) ) ) ) | |
| v. | ) ) | C.A. No.  04-10618-RCL |
| MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br>BARBARA MOULTON and<br>ROSE YATES,<br>         Defendants | ) ) ) ) ) ) | |

## CERTIFICATION OF DEFENDANT
## MASSACHUSETTS BAY TRANSPORTATION AUTHORITY
## PURSUANT TO LOCAL RULE 16.1 (D)(3)

Pursuant to Local Rule 16.1 (D)(3), Defendant Massachusetts Bay Transportation Authority hereby certifies and affirms that it and counsel for Defendants have conferred:

a.   With a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

b.   To consider resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY
by its Authorized Representative

William A. Mitchell, Jr.
General Counsel

MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY
by its Attorney

Kevin S. McDermott, BBO# 544513
Assistant General Counsel
MBTA Law Department
Ten Park Plaza, 7th Floor
Boston, MA  02116
(617) 222-4756
e-mail:KMcDermott@mbta.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 3 June 04