UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 JUN 16 P 12: 18
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| STEVE BARYLICK<br>    Plaintiff<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br>BARBARA MOULTON, and<br>ROSE YATES,<br>    Defendants | C.A.# 04-10618-RCL |

## CERTIFICATION OF THE DEFENDANT, ROSE YATES, PURSUANT TO LOCAL RUL 16.1

Pursuant to Local Rule 16.1 (D)(3), the Defendant, Rose Yates, hereby certifies and affirms that she and counsel for the Defendants have conferred:

a. With a view toward establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

b. To consider resolution of the litigation through the use of alternative dispute resolution programs, including those outlined in Local Rule 16.4.

Respectfully submitted
Rose Yates
by her attorney,

_____
Kevin S. McDermott, BBO# 544513
Assistant General Counsel
MBTA Law Department
Ten Park Plaza, 7th Floor
Boston, MA 02116
(617) 222-4756
e-mail: KMcDermott@mbta.com

_____
Rose Yates

Date: May 18, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (hand) on 3 June 04