UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS



| | )
|---|---|
| STEVE BARYLICK, | ) |
| Plaintiff | ) |
| | ) |
| v. | ) C.A. No. 04-10618-RCL |
| | ) |
| MASSACHUSETTS BAY | ) |
| TRANSPORTATION AUTHORITY, | ) |
| BARBARA MOULTON and | ) |
| ROSE YATES, | ) |
| Defendants | ) |

## CERTIFICATION OF DEFENDANT MASSACHUSETTS BAY TRANSPORTATION AUTHORITY PURSUANT TO LOCAL RULE 16.1 (D)(3)

Pursuant to Local Rule 16.1 (D)(3), Defendant Massachusetts Bay Transportation Authority hereby certifies and affirms that it and counsel for Defendants have conferred:

a. With a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

b. To consider resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY
by its Authorized Representative

William A. Mitchell, Jr.
General Counsel

MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY
by its Attorney

Kevin S. McDermott, BBO# 544513
Assistant General Counsel
MBTA Law Department
Ten Park Plaza, 7th Floor
Boston, MA 02116
(617) 222-4756
e-mail: KMcDermott@mbta.com

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on 3 June 04