UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVE BARYLICK )<br>    Plaintiff )<br>)<br>v. )<br>)<br>MASSACHUSETTS BAY )<br>TRANSPORTATION AUTHORITY, )<br>BARBARA MOULTON, and )<br>ROSE YATES, )<br>    Defendants ) | C.A.# 04-10618-RCL |

## MOTION OF THE DEFENDANTS FOR SUMMARY JUDGMENT AND/OR FOR A GRANT OF QUALIFIED IMMUNITY

Pursuant to Fed. R. Civ. P. 56, the Defendants, Massachusetts Bay Transportation Authority (hereinafter "MBTA"), Barbara Moulton, and Rose Yates, hereby move this Honorable Court to enter summary judgment in their favor on all Counts of the Complaint. Included in this motion is a request by the Defendants, Barbara Moulton and Rose Yates, for qualified immunity as to Counts V and VI, respectively. For reasons further explained in the accompanying memorandum, the Defendants submit that they are entitled to summary judgment as a matter of law.

    The Counts against the MBTA allege:

        COUNT I: Violation of M.G. L. ch. 151B;

        COUNT II: Retaliation in violation of M.G. L., ch. 149, sec. 185;

        COUNT III: Violation of the Massachusetts Civil Rights Act, M.G. L., ch. 12, sec. 11I;

        COUNT IV: Wrongful termination in violation common law;

The Counts against Barbara Moulton allege:

COUNT V: Violation of the Massachusetts Civil Rights Act, M.G. L., ch. 12, sec. 11I;

COUNT VII: Intentional infliction of emotional distress in violation of the common law of Massachusetts;

The Counts against Rose Yates allege:

COUNT VI: Violation of the Massachusetts Civil Rights Act, M.G. L., ch. 12, sec. 11I;

COUNT VIII: Intentional infliction of emotional distress in violation of the common law of Massachusetts;

## REQUEST FOR ORAL ARGUMENT

Pursuant to L.R. 7.1(D) the Defendants hereby request an oral argument on this motion.

Respectfully submitted,
for the Defendants

By: _____
Kevin S. McDermott, BBO# 544513
Assistant General Counsel
MBTA Law Department
10 Park Plaza, Suite 7760
Boston, MA 02116-3974
(617) 222-4756
KMcDermott@mbta.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 21 JAN 05

**CERTIFICATE OF CONFERRAL**

Pursuant to L.R. 7.1(A)(2) counsel for the Defendants hereby certifies that he has conferred with Plaintiff's counsel regarding this motion.

/18 JAN 05
Date

_____
Kevin S. McDermott