**From:** Steve Barylick
**To:** DDaye@mbta.com
**Date:** 9/4/03 12:30PM
**Subject:** Re: Certificates

Yes Diane, we canprovide better communicatiosn with each other, not an option NOT TO!

Better communication is accuracy, understanding, asking the correct questions, recording the information given correctly, and doing so all the way up and down the department, and organization.

Example-Yesterday had my butt chewed out by Barbara and Rose over Perspectives and Dave Noel's quotation about needing Ana Maria to provide information about a chart within a story.

I misquoted this to Barbara totally forgetting she had provided with all the stories-so why was Ana Maria being involved?

Come to findDave asked you as to who wrote the articles, and you told him Ana Maria.

Well it was not Ana Maria, and I told Barbara it was. But she wrote the articles and provided them to me.

MISINFORMATION is a quality killer, a definite downein terms of building confidence in our department.

What, how, who, whatever it takes we must all strive to get our information straight-never assuming anything.

The buck stops with me. But without everyone's support, I cannot do it properly.

Steve

**CC:** bmoulton@mbta.com



**From:** Barbara Moulton
**To:** Diane Daye; Steve Barylick
**Date:** 9/4/03 3:28PM
**Subject:** Re: Certificates

Steve,

I am thunderstruck by your communication and misrepresentation of our meeting yesterday to Diane - specifically in your example citing that "I had my butt chewed out by Barbara and Rose".

I had no idea you interpreted the questions regarding the status of graphic jobs to be a "butt chewing". Rose or myself did not yell, swear or belittle you. Nor did you indicate you felt that way during our meeting. I recall asking very detailed questions about the status and misdirection of Perspectives in an effort to understand its delay. In fact Rose and I offered suggestions about how you can get a better handle on your work.

However, I can glean from your e-mail that you view Diane as part of this particular mis-communication. I fail to see the value of depicting our conversation and behaviors as you did. What was the point?

While I am assuming that this misstep was not intentional - mistakes like this are costly and do not lend themselves to departmental team building or creating a positive work environment.

Moving forward I respectfully request you refrain from conveying this type of reasoning to staff. Instead I suggest you consistently offer more accurate and insightful rationale such as ..."improved communications will create production efficiencies, and clarity of purpose for everyone involved."

Please know this message need not be followed up with a written response. If needed, I am available to crystallize this matter face to face.

Thank you


Barbara D. Moulton
Director of Marketing Communications
10 Park Plaza Room 6720
Boston MA 02116

tel: 617.222.5559
fax: 617.222.3340

>>> Steve Barylick 09/04/03 12:30PM >>>
Yes Diane, we canprovide better communicatiosn with each other, not an option NOT TO!

Better communication is accuracy, understanding, asking the correct questions, recording the information given correctly, and doing so all the way up and down the department, and organization.

Example-Yesterday had my butt chewed out by Barbara and Rose over Perspectives and Dave Noel's quotation about needing Ana Maria to provide information about a chart within a story.

I misquoted this to Barbara totally forgetting she had provided with all the stories-so why was Ana Maria being involved?

Come to findDave asked you as to who wrote the articles, and you told him Ana Maria.

Well it was not Ana Maria, and I told Barbara it was. But she wrote the articles and provided them to me.

**From:** Rose Yates
**To:** Barylick, Steve
**Date:** 9/4/03 4:57PM
**Subject:** Your email to Diane

Steve,
I feel I must be very clear with you regarding your email:

Neither Barbara nor I "chewed you out" in yesterday's meeting. Rather we had a very professional discussion about deadlines, workload and you getting up to speed on your job.

Communicating to a staff person in this manner is damaging, disrespectful to all involved, misdirected and inappropriate and it is not the type of communication I will accept from any manager or staff person in this department.

In tomorrow's meeting, I would like to discuss your reasoning for feeling "chewed out" by yesterday's discussion and talk about the part you owned in the confusion regarding the Perspectives situation.

Moving forward, please take the appropriate time to consider how you are communicating to others either in an email or in-person.

Thank you,
Rose

Rose Yates
Deputy Director of Marketing Communications
Massachusetts Bay Transportation Authority
Ten Park Plaza
Boston, MA 02116

Phone
(617) 222-5545

Fax
(617) 222-3340

Email
ryates@mbta.com

>>> Steve Barylick 09/04/03 12:30PM >>>
Yes Diane, we canprovide better communicatiosn with each other, not an option NOT TO!

Better communication is accuracy, understanding, asking the correct questions, recording the information given correctly, and doing so all the way up and down the department, and organization.

Example-Yesterday had my butt chewed out by Barbara and Rose over Perspectives and Dave Noel's quotation about needing Ana Maria to provide information about a chart within a story.

I misquoted this to Barbara totally forgetting she had provided with all the stories-so why was Ana Maria being involved?

Come to findDave asked you as to who wrote the articles, and you told him Ana Maria.

Well it was not Ana Maria, and I told Barbara it was. But she wrote the articles and provided them to me.

MISINFORMATION is a quality killer, a definite downein terms of building confidence in our department.