Rose Yates - Priority items from today's meeting    Case 1:04-cv-18618-RCL    Document 12-4    Filed 01/21/2005    Page 1 of 1

**From:** Rose Yates
**To:** Barylick, Steve
**Date:** 7/14/03 10:59AM
**Subject:** Priority items from today's meeting

Hi Steve,
Took some notes from our meeting Friday and thought it would be helpful to you to memorialize some key recommendations to assist with the learning curve inherent in understanding the business of transportation.

1.
It was recommended that you plan to spend about an hour a day to familiarize yourself with the following information which will give you national, local, customer, and leadership perspectives:
-mbta.com
-apta.com
-TCRP material
-Atlantic Research
-Creative Services Reorganization Plan
-Daily press clips
-Perspectives Newsletter

2.
The four key projects which are of a high priority through the end of the year are:
-The fare increase
-The Silver Line Project
-Automated Fare Collection
-The Diversity Campaign

3.
Suzanne will plan several tours of the system over the next month and will work with you to set-up the best dates and times for you.

4.
And of course the most important issue on the table is meeting deadlines and staffing-up to meet current and future needs. You and I can talk about that issue in detail today at our eleven o-clock meeting.

Thank you!
Rose Yates

**CC:** Moulton, Barbara; SMwalsh@mbta.com