

**From:** Rose Yates
**To:** Barylick, Steve
**Date:** 8/7/03 5:08PM
**Subject:** Key Issues

Hi Steve,
Just wanted to wrap up our key issues with the following communication:

During last Friday's meeting, you stated that you have been largely unsuccessful in the communication aspect of your job: gathering information and providing clear direction to your team. When Barbara and I asked how we could help you to be successful, you only identified that a creative brief would be a major help in achieving clear communication and that you'd work on producing one for my review.

This week you produced a couple of briefs that either omitted important information or were written in language not easily understood by all parties involved.

After a positive meeting today in which we looked at the needs of each contributor to the creative brief process you agreed to take another crack at it by writing the brief for all audiences involved. Before it goes into use, you and I will meet to be sure it's on point.

Steve, I appreciate you coming to the table with a positive attitude and working with me to create something that's going to be a terrific help to us all.

And I look forward to our weekly Friday meeting tomorrow. Suzanne will work with you to set up a good time 1:30?

Thank you,
Rose Yates

**CC:**    SMWalsh@mbta.com

