

**From:** Steve Barylick
**To:** RYates@mbta.com, SBarylick@mbta.com
**Date:** 8/8/03 8:52AM
**Subject:** Re: Key Issues

For the two briefs written that were actiionable
with jobs for the GM and T 'U', the
brief in question worked very well.

The additional brief in question, which was sent to Joe Plati,
was then forwarded to Joanna, without my knowledge
it would be forwarded to additional parties.

As discussed yesterday, I will be rewriting a brief
and massaging it until it is written in language
all parties you identified yesterday can understand-
while still being valuable and helpful.

As to my department-my communication is very good-except as noted in forwarding them information on jobs where
they have had multiple input.

Miscommunication, and most of that lies with me not asking enough of you and Barbara-or others will be (if not already,
handled much differently).



As discussed, I will be in everyone's face to ensure
all information is disclosed-or better a pit bull-relentless
and almost too aggressive-as that seems the only to have all info disclosed.

It's a constant test, I feel like it's let's see how little can be
shared to get by.

I for one-will not initiate any job without full and complete disclosure-and if it delays a job-so be it.

It will be on the clients head for not doing thier share, not me.

It seems that information has to be forcefully extracted
rather than shared easily, almost like a private club
or something.

So, I will try to understand this abstraction and go
forward.

