**To:** Steve Barylick
Manager of Creative Services

**From:** Rose Yates
Deputy Director of Marketing Communications

**Date:** August 18, 2003

**Re:** **Recap of an important issue from our meeting on Friday, August 15th.**

After our meeting last Friday, I feel I must recap an important issue we discussed regarding your management and communication of a situation with a staff person. I point to this issue because unclear/non-direct communication is something we've talked about in several other instances and it's part of your performance that needs improvement.

On Wednesday, August 6th, while one of your staff members, Diane Daye, was away on vacation, we talked about her work processes and some items you'd like to see changed when she got back. We agreed that clearly communicating exactly what those changes were and why would be key in her understanding, support, and follow-through of them. Specifically, you agreed to list each change and then meet with me to discuss beforehand.

Instead, on Monday, August 11th, the day of Diane's return, you intentionally alienated her by holding a meeting with the creative team and a contractor to "keep the momentum going and maintain productivity" despite Diane's return. When I asked you about your reasoning for having the meeting without Diane, you stated that, "it was done intentionally to communicate a message to her."

To date, you have not completed the list of process changes you'd like Diane to adopt nor have you communicated anything specific to her regarding her work moving forward.

In my opinion, you mismanaged the situation, ignored the plan we set for Diane's return and communicated your negative perception of another staff member's work to your team - all without giving Diane the opportunity to understand how she could better do her job. Your handling of the situation did not display positive management or clear communication - both of which are imperative in your role.

This week, I ask that you execute the plan – complete Diane's punchlist, set up a meeting with me, and afterward meet with Diane to have an honest and clear discussion regarding her work processes.

Moving forward, I suggest you focus on communicating more clearly and directly in all work matters. As always, I stand ready to provide direction, insight, feedback, and support to you in any way I can.