To:     Steve Barylick
        Manager of Creative Services

From:   Rose Yates
        Deputy Director of Marketing Communications

Date:   September 4, 2003

Re:     Meeting Recap from August 26, 2003

During our last meeting, I identified several areas that require improved performance:

- **Lack of Communications**
  To communicate better you need to fully get your arms around the workload and own it - that means not solely relying on Diane's jobs report, but being out and about in your department to get a clear understanding of the subtle nuances of each project.

  Better communications means being clear on the direction during intake, asking questions, and being able to communicate clearly to your team. It also means staying in touch or getting face time, as you say it, with Barbara and I to always keep on strategy. It's a continuous flow of information through you to your staff and to Barbara and I. In our meeting you stated, "You didn't know if you could manage that way." I communicated that I was open to options to resolving the communication challenge and asked you to discuss your ideas at our next meeting.

- **Lack of Management Skills**
  Continuously evaluating the workload versus appropriate manpower and making timely decisions, while working toward the plan of building a specifically skilled, advertising team are requirements of your job. Even after I spearheaded an extensive needs/skills assessment in your department to help you identify key skills/players moving forward, your statement "If it ain't broke, don't fix it," indicated to me that you are not fully invested in building a great team nor are you focused on the ebb and flow of the workload versus staffing. I am expecting that you will focus on each staff person's skills as it relates to our needs and over the next month make weekly recommendations and appropriate staffing decisions to build us the "dream team" of advertising creatives our work requires.

- **Lack of Commitment**
  And finally and most importantly, you indicated again, as you have done several times in past meetings, that you "might not be the right man for the job." We discussed the reality that the above issues were ones noted several weeks ago and even with all of our discussions and my coaching, they remain as issues needing to be turned around still. We agreed that we'd work together for two weeks, seriously focusing on the above issues, and meet to talk about your future with the MBTA.

As always, I remain committed to assisting you in any way possible.

c.c. B. Moulton