UNITED STATES DISTRICT COURT
For the
DISTRICT OF MASSACHUSETTS

STEVE BARYLICK,
      PLAINTIFF

v.

MASSSACHUSETTS BAY
TRANSPORTATION AUTHORITY,
BARBARA MOULTON, and
ROSE YATES,
      DEFENDANTS

C.A. 04-10618-RCL

## PLAINTIFF'S MOTION TO EXTEND TIME TO ANSWER DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Now comes the Plaintiff in the above-captioned action, Steve Barylick, by his attorney and hereby moves to extend the time for responding to Defendants' Motion for Summary Judgment from its current deadline of February 4, 2005, to February 18, 2005.

The Plaintiff's counsel has consulted with Defendants' counsel and has obtained his assent to this Motion, which the Plaintiff requests the Court grant on the basis that the parties are engaged in serious settlement negotiations.

Steve Barylick,
By his attorney,

_____
Donald Hubbard BBO No. 543971
240 Park Street
Boston, MA 02132
(617) 367-0775
deejhub@aol.com

Dated: February 2, 2005

MBTA et al,
By their attorney,

_____
Kevin S. McDermott BBO No. 544513
AssistanGeneral Counsel
MBTA Law Department
10 Park Plaza, Suite 7760
Boston, MA 02116
(617) 222-4756
kmdermott@mbta.com